Jason Theodore Soller (SBN 306137)
Adina Hunter (SBN 362332)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, ROGELIO SANTIBANEZ*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO SANTIBANEZ**,<br><br>Plaintiff,<br><br>vs.<br><br>**GENWA INC.; THE CONVERSION OF R.C.C.I., LLC**; and DOES 1 to 10,<br><br>Defendants. | Case No.: **2:26-cv-05794-SB (MBKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ROGELIO SANTIBANEZ ("Plaintiff") and Defendants GENWA INC. and THE CONVERSION OF R.C.C.I., LLC ("Defendants") stipulate that this Court dismiss the above-captioned action *without prejudice* in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

Respectfully submitted,

DATED: July 23, 2026 **OPEN ACCESS LAW, APC**

By: _/s/ Jason Theodore Soller_
Jason Theodore Soller, Esq.
Attorneys for Plaintiff

DATED: July 23, 2026 Prince, Attorneys at Law, P.C.

By: _/s/ David L. Prince_
David L. Prince, Esq.
Attorneys for Defendants
GENWA INC. and THE CONVERSION OF R.C.C.I., LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason Theodore Soller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 23, 2026 By: _/s/ Jason Theodore Soller_
Jason Theodore Soller, Esq.